# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 10, 2013

### NO. 03-10-00763-CV

**Cynthia Johnson, Appellant**

**v.**

**Narissa Mohammed and Nicholas Mohammed, Appellees**

**APPEAL FROM COUNTY COURT AT LAW NO. 3 OF BELL COUNTY
BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE PURYEAR**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the trial court's judgment **EXCEPT** the award of attorney's fees and post-judgment interest: **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the trial court is modified to delete the award of attorney's fees and post-judgment interest, and that the judgment of the trial court, as modified, is affirmed. It **FURTHER** appearing that the appellant is indigent and unable to pay costs, that no cost relating to this appeal is assessed against appellant, and that this decision be certified below for observance.